María Eugenia Carrión, peticionaria-apelante, y El Pueblo de Puerto Rico, opositor-apelado.

No. 3439.—*Visto:* Febrero 24, 1928.- *Resuelto:* Abril 17, 1928.

*José E. Díaz,* abogado del apelante; *José E. Figueras,* abogado de El Pueblo, opositor y apelado.

El Juez Asociado Señor Texidor, emitió la opinión del tribunal.

María Eugenia Carrión presentó ante el Juez Presidente de este tribunal un recurso de *habeas corpus,* en el que recayó resolución denegatoria en 20 de diciembre de 1927.

La peticionaria fué sentenciada por la Corte de Distrito de Arecibo, en proceso por adulteración de leche, a sufrir una pena de cárcel y pagar una multa. Este tribunal en grado de apelación modificó la sentencia, e impuso a la acusada una multa de cien dólares. La Corte de Distrito de Arecibo, a petición del Fiscal, y por no pagar la multa la aquí peticionaria, ordenó se la encarcelara por un término que no ha de exceder de noventa días; fué ella encarcelada, y presentó la petición de *habeas corpus* de que antes se hace mención. Y ahora acude ante el tribunal en pleno.

No tenemos duda alguna de que la corte de distrito no

·puede modificar, para ningún fin, las sentencias que dicte este tribunal. Pero tampoco creemos que éste es el caso ante nuestra consideración.

El artículo 54 del Código de Enjuiciamiento Criminal, tal y como quedó enmendado en 8 de abril, 1916, Leyes de ese año página 45, dispone que "Cuando en cualquier tribunal se dicte sentencia condenando a un acusado al pago de una multa y dejare de satisfacer inmediatamente dicha multa, será encarcelado por falta de dicho pago y permanecerá en reclusión un día por cada dollar que haya dejado de pagar."

El cumplimiento de la sentencia de este tribunal se ha ajustado al precitado artículo 54, Código de Enjuiciamiento Criminal. No es este caso como el de *People* v. *Brown*, 113 Cal. 35, en el que la pena fué de prisión y multa.

*La resolución dictada por el Sr. Presidente de este tribunal debe ser confirmada, como resolución del Tribnal en pleno.*

El Juez Presidente Sr. del Toro no intervino.